# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

DANIEL LAMAR PITTS, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2348

————————————————

October 1, 2025

Appeal from the County Court for Pinellas County; Kathleen T. Hessinger, Judge.

Blair Allen, Public Defender, and Greg Bushn, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William A. Leto, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

LUCAS, C.J., and BLACK, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.